```
     UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

     IN RE:                                    CASE NO. 07 B 18774
         TIMOTHY S WILSON
         PATRICIA S WILSON                     CHAPTER 13

                                               JUDGE: MANUEL BARBOSA
                 Debtor
         SSN XXX-XX-5004      SSN XXX-XX-1142

     ---------------------------------------------------------------------------
                      TRUSTEE'S FINAL REPORT AND ACCOUNT
     ---------------------------------------------------------------------------
         Glenn Stearns, Chapter 13 Standing Trustee, submits the following
     Final Report and Account of the administration of the estate pursuant to
     11 USC 1302(b)(1).

         1.  The case was filed on 10/12/07 .

         2.  The case was dismissed without confirmation, 12/20/2007.

     ---------------------------------------------------------------------------
     CREDITOR NAME              CLASS         CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                                  PAID            PAID
     ---------------------------------------------------------------------------
     EDWARD J VARGA          ORIGINAL ATTO        .00              .00             .00
             Summary of disbursements:
     ---------------------------------------------------------------------------
                            SECURED     PRIORITY   UNSECURED      OTHER         TOTAL
     ---------------------------------------------------------------------------
     TOTAL CLMS ALLOWED        .00         .00         .00          .00           .00
     PRINCIPAL PAID            .00         .00         .00          .00           .00
     INTEREST PAID             .00         .00         .00          .00           .00
     TOTAL PAID                .00         .00         .00          .00           .00
     The Debtor's attorney, SARAH L POEPPEL                  , was allowed $      .00
     and was paid $         .00 .

     The Trustee received $           .00 .

     Refunds to the Debtor totaled $          .00 .




            Dated: 03/11/08                   /S/
                                         GLENN STEARNS
                                         CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
     CASE NO. 07 B 18774 TIMOTHY S WILSON & PATRICIA S WILSON
```